A. M. GILMORE, Respondent, *vs.* ST. LOUIS, KANSAS CITY AND NORTHERN RAILWAY COMPANY, Appellant.

1. Fickle vs. St. Louis, K. C. & N. R. R., *ante* p. 219, affirmed.

*Appeal from Adair Circuit Court.*

*John M. Woodson,* for Appellant.

See brief in Fickle vs. St. L., K. C. & N. R. R., *ante* p. 219.

*Barrow & Millan,* for Respondent.

I. The same strictness is not required in a finding made by a court as in one made by a jury.

II. If the petition is technically defective in not stating that the stock strayed on the road at a point where the same was not fenced, etc., yet the defendant having failed to demur, and the court having heard the evidence, and made a finding for the plaintiff, defect in the petition is cured.

III. The fact that the road was not fenced where said stock was killed, is certainly some evidence that the stock was on the road by reason of its not being fenced.

VORIES, Judge, delivered the opinion of the court.

This case is in every material matter identical with the case of William Fickle vs. The St. Louis, Kansas City, and Northern Railway Co., decided by this court at this term, *ante* p. 219, and, for the same reasons given in the opinion in that case, the judgment in this case will be affirmed.

Judge Adams being absent, the other judges concurring, the judgment is affirmed.